LAW OFFICES
# JONATHAN S. FRIEDMAN
PROFESSIONAL ASSOCIATION

BOARD CERTIFIED
CRIMINAL TRIAL LAWYER

STATE & FEDERAL

November 1, 2015

SUITE 925
WELLS FARGO BANK TOWER
ONE EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301

TELEPHONE (954) 713-2820
FACSIMILE (954) 713-2894

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Steve Koifman
      13-Cr. 410-07 (NRB)

Dear Judge Buchwald:

I write on behalf of Steve Koifman to respectfully request that the Court enter an order discharging me from any further representation in this case. Mr. Koifman was sentenced on September 16, 2015 and the case is now closed. I have conferred with the government and they take no position regarding this request.

Respectfully yours,

Jonathan S. Friedman, Esq.
Attorney for Steve Koifman

JSF/se

cc:   Jason Masimore, AUSA